The Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID KUBALA,<br><br>    Defendant,<br><br>JANA KUBALA,<br><br>    Third-Party Claimant. | NO. CR22-57-JLR<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED SECOND MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE FOR THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' Unopposed Second Motion to Extend Dispositive Motion Deadlines for Third-Party Claim to extend the dispositive motion deadline governing the Jana Kubala's claim (Dkt. No. 43), to property that has been preliminarily forfeited in this case.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, including the relevant petition (Dkt. No. 43), hereby finds that the extension of the dispositive motion deadline is appropriate.

///

Order Extending Dispositive Motion Deadline - 1
*United States v. Kubala,* CR22-57-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Jana Kubala (collectively, the "Parties") shall file any dispositive motions no later than **August 28, 2023**; and

2) If necessary, an evidentiary hearing will be set at a later date.

IT IS SO ORDERED.

DATED this 1st day of June, 2023.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Order Extending Dispositive Motion Deadline 2
*United States v. Kubala,* CR22-57-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970